IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MATTHEW ALAN SMITH,

                Plaintiff,

v.

UNITED PARCEL SERVICE, INC.,

                Defendant.

ORDER

14-cv-438-jdp

---

In an order entered on November 3, 2014, I dismissed plaintiff Matthew Alan Smith's complaint for failure to comply with Federal Rule of Civil Procedure 8. Dkt. 6. I gave plaintiff until December 3, 2014, to submit a proposed amended complaint addressing the deficiencies that I explained in the November 3 order. In addition, I warned plaintiff that his failure to respond would result in dismissal of this case with prejudice for failure to state a claim upon which relief can be granted. It is now past plaintiff's December 3 deadline, and he has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS ORDERED that this case is DISMISSED with prejudice for failure to state a claim upon which relief can be granted. The clerk of court is directed to enter judgment and close this case. Plaintiff is reminded that he must pay the remainder of his filing fee.

Entered this 22nd day of December, 2014.

                BY THE COURT:

                /s/
                JAMES D. PETERSON
                District Judge