IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MATTHEW ALAN SMITH,

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

v.                                      Case No. 14-cv-438-jdp

UNITED PARCEL SERVICE, INC.,

    Defendant.

    This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case with prejudice for plaintiff's failure to state a claim upon which relief can be granted.

/s/                                                          December 22, 2014

Peter Oppeneer, Clerk of Court                          Date